W. H. LAWRENCE ET AL. v. FIDELITY BANK, GUARDIAN.

(Filed 6 April, 1927.)

APPEAL by plaintiffs from order of *Midyette, J.,* at January Term, 1927, of DURHAM.

Civil action tried upon the following issues:

"1. Are all of the items charged to George Washington Thomas, except checks under date of 6 July, 22 July, and 12 August, barred by the statute of limitations? Answer: No.

"2. In what amount, if any, is the defendant indebted to the plaintiffs? Answer: $1,680.86."

Upon motion of defendants, the court set aside the verdict, as a matter of law, but without assigning any reason therefor (*Smith v. Winston-Salem,* 189 N. C., 178; *Powers v. Wilmington,* 177 N. C., 361), and from this ruling the plaintiffs appeal, assigning errors.

*McLendon & Hedrick for plaintiffs.*
*R. P. Reade for defendant.*

PER CURIAM. The Court being evenly divided in opinion, *Brogden, J.,* not sitting, the ruling of the lower court is affirmed and stands, according to the uniform practice of appellate courts, as the decision in this case, without becoming a precedent for the future. *Raynor v. Life Ins. Co., ante,* 385.

Affirmed.